(9)

# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
MAY 19 2005
DISTRICT OF R.I.

***Case No. CR05-40S***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **John Chiellini**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **5th** day of **August, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Return unexecuted, court appearance cancelled.**

**Deputy U.S. Marshal**

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: May 18, 2005.

David A. DiMarzio, Clerk

Sentencing

***By*** ______
***Doreen Baldinelli - Deputy Clerk***

FILED