SCANNED

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-40S** **August 25, 2005**

**TITLE: USA V. JOHN CHIELLINI**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 11:24 a.m. - 11:46 a.m.**

---

**COUNSEL PRESENT:** **Government -James Leavey, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**
**Probation - Michael Perry**

**RE: Sentencing**

**Proceedings: All counsel of record present; Defendant present; no objections to the PSR; Court accepts the PSR; Government recommends a minimum sentence of the guideline range (63 months); Defense Counsel asked the Court for a lower sentence of the guideline range; Defendant addresses his statements to the Court; Court imposes 63 months as to Counts II, III, and IV to be served concurrently with each other; as to Count I 60 months - this term to run concurrently with Counts II, III and IV; S/R 3 years as to Counts I through IV to run concurrently with each other; Restitution in the amount of $5,409.00 to be paid to the victims (Sovereign Bank $720.00; Bank RI $2,759.00; Coastway Credit Union $1,930.00) Jointly and Several with co-defendant Michael J. Capaldi CR05-40-02S; S/A $400.00; The defendant shall participate in a program of Mental Health Treatment/Substance Abuse Program which may include testing (up to 72 tests per year); The defendant to obtain full-time employment or attend School full-time. If not in School or employed full-time the defendant shall perform 20 hours of community service as directed by the U.S. probation Office; Defendant remanded into custody.**